FILED
December 29, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003983090

2
Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtors,

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No: 11-43822-A-13J |
| DONALD BARNES, | DCN: DBJ-3 |
| DIANE BARNES, | DEBTORS' REPLY TO TRUSTEE'S RESPONSE TO MOTION TO CONFIRM FIRST AMENDED PLAN |
| Debtors. | |
| | DATE: January 17, 2012 |
| | TIME: 1:30 P.M. |
| | CRTRM: 28 |

    Comes now, Donald and Diane Barnes, debtors herein, by and through Douglas B. Jacobs, their attorney of record, and files this reply to the Trustee's response to Debtors Motion to confirm first amended plan.

    The debtors filed a petition under Chapter 13 of the Bankruptcy Code on October 3, 2011. At the time of filing their case, the debtors had not filed their 2011 Income taxes, and so anticipated the amounts that were listed on schedule D to the Internal Revenue Service and the Franchise Tax Board.

DEBTORS' REPLY TO TRUSTEE'S RESPONSE TO MOTION TO CONFIRM FIRST AMENDED PLAN

-1-

Debtors have since filed their 2011 returns and have amended schedule D to list the correct amounts owed to these creditors. No claim was filed by the Franchise Tax Board. The Internal Revenue Service will be amending their claim. Filed herewith as exhibit A is a copy of the debtors 2011 taxes.

It is therefore respectfully requested that the debtors first amended chapter 13 plan be approved.

Dated: December 28, 2011          Jacobs, Anderson, Potter & Chaplin, LLP


By: /s/ Douglas B. Jacobs
Douglas B. Jacobs, attorney for Debtors

```
 1  1
    Douglas B. Jacobs 084153
 2  Jacobs, Anderson, Potter & Chaplin
    20 Independence Circle
 3  Chico, California 95973
    (530) 342-6144
 4  (530) 342-6310 fax

 5  Attorney for Debtors

 6

 7

 8              UNITED STATES BANKRUPTCY COURT
                EASTERN DISTRICT OF CALIFORNIA
 9                   SACRAMENTO DIVISION

10

11

12  In re:                    ) Case No.: 11-43822-A-13J
                              )
13  DONALD BARNES,            ) DCN: DBJ-3
                              )
14  DIANE BARNES,             ) EXHIBIT A IN SUPPORT OF DEBTORS'
                              ) REPLY TO TRUSTEE'S RESPONSE TO
                              ) MOTION TO CONFIRM FIRST
15       Debtors.             ) AMENDED PLAN
                              )
16                            ) DATE:    January 17, 2012
                              )
17                            ) TIME:    1:30 p.m.
                              )
18                            ) JUDGE: CRTRM: 28
                              )
19

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

    /
```

EXHIBIT A

1

# Form 1040 — U.S. Individual Income Tax Return 2010

Department of the Treasury — Internal Revenue Service
OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2010, or other tax year beginning , 2010, ending , 20

**Name, Address, and SSN** (See separate instructions.)

Your first name: DONALD  MI: L  Last name: BARNES
Your social security number: -8792

Spouse's first name: DIANE  MI: S  Last name: BARNES
Spouse's social security number: -9509

Home address: 14165 ELMIRA CIRCLE
City: MAGALIA  State: CA  ZIP: 95954

**Presidential Election Campaign:** Check here if you, or your spouse if filing jointly, want $3 to go to this fund? — You [ ]  Spouse [ ]

## Filing Status
- 1 [ ] Single
- 2 [X] Married filing jointly (even if only one had income)
- 3 [ ] Married filing separately. Enter spouse's SSN above & full name here
- 4 [ ] Head of household (with qualifying person).
- 5 [ ] Qualifying widow(er) with dependent child

## Exemptions
- 6a [X] Yourself
- 6b [X] Spouse

Boxes checked on 6a and 6b: **2**
Total number of exemptions claimed: **2**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 20,015. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities: 73,239. | |
| 16b | Taxable amount | 72,547. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits: 246. | |
| 20b | Taxable amount | 209. |
| 21 | Other income | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** | 92,771. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** | 92,771. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

COPY  EXHIBIT A  PAGE 1 OF 4

Form 1040 (2010)   DONALD L & DIANE S BARNES                                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        Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 92,771. |
| | 39a Check if: [X] You were born before January 2, 1946, [ ] Blind.  [ ] Spouse was born before January 2, 1946, [ ] Blind.  Total boxes checked ▶ 39a | 1 | |
| | b If your spouse itemizes on a separate return, or you were a dual-status alien, check here ▶ 39b [ ] | | |
| | 40 Itemized deductions (from Schedule A) **or** your standard deduction (see instructions) | 40 | 19,813. |
| | 41 Subtract line 40 from line 38 | 41 | 72,958. |
| | 42 **Exemptions.** Multiply $3,650 by the number on line 6d | 42 | 7,300. |
| | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 65,658. |
| | 44 **Tax** (see instrs). Check if any tax is from:  a [ ] Form(s) 8814   b [ ] Form 4972 | 44 | 9,014. |
| | 45 **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 Add lines 44 and 45 ▶ | 46 | 9,014. |
| | 47 Foreign tax credit. Attach Form 1116 if required ......... 47 | | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441 ..... 48 | | |
| | 49 Education credits from Form 8863, line 23 ............. 49 | | |
| | 50 Retirement savings contributions credit. Attach Form 8880 ... 50 | | |
| | 51 Child tax credit (see instructions) ........................ 51 | | |
| | 52 Residential energy credits. Attach Form 5695 ............ 52 | | |
| | 53 Other crs from Form: a [ ] 3800  b [ ] 8801  c [ ]  53 | | |
| | 54 Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 9,014. |
| **Other Taxes** | 56 Self-employment tax. Attach Schedule SE | 56 | |
| | 57 Unreported social security and Medicare tax from Form:  a [ ] 4137  b [ ] 8919 | 57 | |
| | 58 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a [ ] Form(s) W-2, box 9    b [ ] Schedule H    c [ ] Form 5405, line 16 | 59 | |
| | 60 Add lines 55-59. This is your **total tax** ▶ | 60 | 9,014. |
| **Payments** | 61 Federal income tax withheld from Forms W-2 and 1099 ..... 61 | 10,413. | |
| | 62 2010 estimated tax payments and amount applied from 2009 return ........ 62 | | |
| If you have a qualifying child, attach Schedule EIC. | 63 Making work pay credit. Attach Schedule M ............. 63 | 800. | |
| | 64a **Earned income credit (EIC)** ............. 64a | | |
| | b Nontaxable combat pay election ..... ▶ 64b | | |
| | 65 Additional child tax credit. Attach Form 8812 ................ 65 | | |
| | 66 American opportunity credit from Form 8863, line 14 ........ 66 | | |
| | 67 First-time homebuyer credit from Form 5405, line 10 ......... 67 | | |
| | 68 Amount paid with request for extension to file .............. 68 | | |
| | 69 Excess social security and tier 1 RRTA tax withheld ......... 69 | | |
| | 70 Credit for federal tax on fuels. Attach Form 4136 ............ 70 | | |
| | 71 Credits from Form: a [ ] 2439  b [ ] 8839  c [ ] 8801  d [ ] 8885 . 71 | | |
| | 72 Add lns 61-63, 64a, & 65-71. These are your **total pmts** ▶ | 72 | 11,213. |
| **Refund** | 73 If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | 73 | 2,199. |
| | 74a Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here .. ▶ [ ] | 74a | 2,199. |
| Direct deposit? See instructions. | ▶ b Routing number ........ XXXXXXXXX    ▶ c Type: [ ] Checking  [ ] Savings  ▶ d Account number ....... XXXXXXXXXXXXXXXX | | |
| | 75 Amount of line 73 you want **applied to your 2011 estimated tax** ........ ▶ 75 | | |
| **Amount You Owe** | 76 **Amount you owe.** Subtract line 72 from line 60. For details on how to pay see instructions .............. ▶ | 76 | |
| | 77 Estimated tax penalty (see instructions) ............... 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ......... [ ] Yes. Complete below. | | [X] No |
| | Designee's name ▶           Phone no. ▶           Personal identification number (PIN) ▶ | | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation TEACHER | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation CLERK | |

**Paid Preparer's Use Only**

| Print/Type preparer's name LINDA SUTTON | Preparer's signature | Date | Check [X] if self-employed | PTIN P00371000 |
|---|---|---|---|---|
| Firm's name ▶ LINDA SUTTON/THE PAPER WORKS | | | | |
| Firm's address ▶ 5718 REED LANE | | | Firm's EIN ▶ | |
| PARADISE                    CA  95969 | | | Phone no. | |



COPY   EXHIBIT A  PAGE 2 OF 4

FDIA0112  12/22/10                                                                Form 1040 (2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Your Name: | DONALD L & DIANE S BARNES | | | Your SSN or ITIN: | 8792 | |

**Filing Status**
1. ☐ Single
2. ☒ Married/RDP filing jointly. (see instructions)
3. ☐ Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here . . . _____
4. ☐ Head of household (with qualifying person). (see instructions)
5. ☐ Qualifying widow(er) with dependent child. Enter year spouse/RDP died . . . . _____
   If your California filing status is different from your federal filing status, check the box here . . . . . . . . . . . . . . . . . . . . ● ☐
6. If someone can claim you (or your spouse/RDP) as a dependent, check the box here (see instructions) . . . . . . . . . . . . ● 6 ☐

**Exemptions**

Whole dollars only

7. **Personal:** If you checked 1, 3, or 4 above, enter 1 in the box. If you checked 2 or 5, enter 2 in the box. If you checked the box on line 6, see the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 | 2 | x $99 = $ 198.
8. **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1; if both are visually impaired, enter 2 . . 8 | | x $99 = $
9. **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1; if both are 65 or older, enter 2 . . . . . . . ● 9 | 1 | x $99 = $ 99.
10. **Dependents:** Enter name and relationship. Do not include yourself or your spouse/RDP.
    _____
    _____ Total dependent exemptions . . . . . ● 10 | | x $99 = $
11. Exemption amount: Add line 7 through line 10. Transfer this amount to line 32 . . . . . . . . . . . . . . . . . 11 | $ 297.

**Taxable Income**
12. State wages from your Form(s) W-2, box 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 12 | 20,015.
13. Enter federal adjusted gross income from Form 1040, line 37; Form 1040A, line 21; Form 1040EZ, line 4 . . . . . . . . . . 13 | 92,771.
14. California adjustments — subtractions. Enter the amount from Schedule CA (540), line 37, column B . . . . . . . . . . . ● 14 | 209.
15. Subtract line 14 from line 13. If less than zero, enter the result in parentheses (see instructions) . . . . . . . . . . . . . . . 15 | 92,562.
16. California adjustments — additions. Enter the amount from Schedule CA (540), line 37, column C . . . . . . . . . . . ● 16 |
17. California adjusted gross income. Combine line 15 and line 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 17 | 92,562.
18. Enter the larger of your CA **standard deduction OR** your CA **itemized deductions** . . . . . . . . . . . . . . . . . . . . . . ● 18 | 16,118.
19. Subtract line 18 from line 17. This is your **taxable income.** If less than zero, enter -0- . . . . . . . . . . . . . . . . . . . . 19 | 76,444.

**Tax**
31. Tax. Check box if from: ☒ Tax Table ☐ Tax Rate Schedule ☐ FTB 3800 ☐ FTB 3803 . . . . . ● 31 | 2,938.
32. Exemption credits. Enter the amount from line 11. If your federal AGI is more than $162,186 (see instrs) . . . . . . . . 32 | 297.
33. Subtract line 32 from line 31. If less than zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33 | 2,641.
34. Tax. (see instructions) Check box if from: ☐ Schedule G-1 ☐ Form FTB 5870A . . . . . . . . . . . . . ● 34 |
35. Add line 33 and line 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35 | 2,641.

**Special Credits**
41. New jobs credit, amount generated (see instructions) . . . . . . . . . . . . . . ● 41
42. New jobs credit, amount claimed (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 42
43. Credit _____ Code _____ amount . . . . . . . . . . . . . . . . . ► 43
44. Credit _____ Code _____ amount . . . . . . . . . . . . . . . . . ► 44
45. To claim more than two credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 45
46. Nonrefundable renter's credit (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 46
47. Add line 42 through line 46. These are your total credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
48. Subtract line 47 from line 35. If less than zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48 | 2,641.

**Other Taxes**
61. Alternative minimum tax. Attach Schedule P (540) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 61 | 0.
62. Mental Health Services Tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 62
63. Other taxes and credit recapture (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 63
64. Add line 48, line 61, line 62, and line 63. This is your total tax . . . . . . . . . . . . . . . . . . . . . . . ● 64 | 2,641.

**Payments**
71. California income tax withheld (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 71 | 2,417.
72. 2010 CA estimated tax and other payments (see instructions) . . . . . . . . . . . . . . . . . . . . . . . ● 72
73. Real estate and other withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 73
74. Excess SDI (or VPDI) withheld (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 74
**Child and Dependent Care Expenses Credit** (see instructions). Attach form FTB 3506.
75. Qualifying person's social security number . . . . . . . . . . . . . . . . . . . . ● 75
76. Qualifying person's social security number . . . . . . . . . . . . . . . . . . . . ● 76
77. Enter the amount from form FTB 3506, Part III, line 8 . . . . . . . . . . ● 77
78. Child and Dependent Care Expenses Credit from form FTB 3506, Part III, line 12 . . . . . . . . . ● 78
79. Add line 71, line 72, line 73, line 74, and line 78. These are your total payments (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79 | 2,417.

**Overpaid Tax/ Tax Due**
91. Overpaid tax. If line 79 is more than line 64, subtract line 64 from line 79 . . . . . . . . . . . . . . . 91
92. Amount of line 91 you want applied to your **2011** estimated tax . . . . . . . . . . . . . . . . . . . . . ● 92
93. Overpaid tax available this year. Subtract line 92 from line 91 . . . . . . . . . . . . . . . . . . . . . . . ● 93
94. Tax due. If line 79 is less than line 64, subtract line 79 from line 64 . . . . . . . . . . . . . . . . . . . 94 | 224.

**Use Tax**
95. Use Tax. **This is not a total line** (see instructions) . . . . . . . . . . . . . . . ● 95

Side 2 Form 540 C1 2010        051       3102106

COPY  EXHIBIT 4 PAGE 3 OF 4

Your Name: DONALD L & DIANE S BARNES    Your SSN or ITIN: -8792

| | | Code | Amount |
|---|---|---|---|
| **Contributions** | California Seniors Special Fund (see instructions) | ● 400 | |
| | Alzheimer's Disease/Related Disorders Fund | ● 401 | |
| | California Fund for Senior Citizens | ● 402 | |
| | Rare and Endangered Species Preservation Program | ● 403 | |
| | State Children's Trust Fund for the Prevention of Child Abuse | ● 404 | |
| | California Breast Cancer Research Fund | ● 405 | |
| | California Firefighters' Memorial Fund | ● 406 | |
| | Emergency Food For Families Fund | ● 407 | |
| | California Peace Officer Memorial Foundation Fund | ● 408 | |
| | California Sea Otter Fund | ● 410 | |
| | California Cancer Research Fund | ● 413 | |
| | Arts Council Fund | ● 415 | |
| | California Police Activities League (CALPAL) Fund | ● 416 | |
| | California Veterans Homes Fund | ● 417 | |
| | Safely Surrendered Baby Fund | ● 418 | |

110 Add code 400 through code 418. This is your total contribution .............. ● 110 _____

**Amount You Owe**  111  **AMOUNT YOU OWE.** Add line 94, line 95, and line 110 (see instructions). Mail to: **FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0009**
Pay online – Go to **ftb.ca.gov** and search for **web pay** ............... ● 111       224.

**Interest and Penalties**
112 Interest, late return penalties, and late payment penalties .............. 112 _____
113 Underpayment of estimated tax. Check box:  ☐ FTB 5805 attached   ☐ FTB 5805F attached ..... ● 113 _____
114 Total amount due (see instructions). Enclose, but **do not** staple, any payment ............. 114       224.

**Refund and Direct Deposit**  115  **REFUND OR NO AMOUNT DUE.** Subtract line 95 and line 110 from line 93 (see instructions). Mail to: **FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009** ............ ● 115 _____

Fill in the information to authorize direct deposit of your refund into one or two accounts. **Do not** attach a voided check or a deposit slip (see instructions).
**Have you verified the routing and account numbers?** Use whole dollars only.
All or the following amount of my refund (line 115) is authorized for direct deposit into the account shown below:
      ☐ Checking   ☐ Savings
● Routing number      ● Type      ● Account number      ● 116 Direct deposit amount

The remaining amount of my refund (line 115) is authorized for direct deposit into the account shown below:
      ☐ Checking   ☐ Savings
● Routing number      ● Type      ● Account number      ● 117 Direct deposit amount



CAIA3912  12/27/10         051       3103106            Form 540(C1) 2010 Side 3



EXHIBIT A
PAGE 4 OF 4